██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAD R. DALCIN, Appellant. [982 NYS2d 416]—Resentence unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Resentence of Livingston County Court, Dennis S. Cohen, J.—Burglary, 2nd Degree). Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.